UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN - WATERLOO DIVISION

JAMES ANDREWS )
)                CASE NO. C05-2048MWB
                Plaintiff, )
)
vs. )                        *JUDGMENT*
)
BLACK HAWK COUNTY JAIL )
)
                Defendant. )

This matter came before the Court.  The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's complaint 42 U.S.C. § 1983 is dismissed without prejudice.

DATED:      June 1, 2005

Pridgen W. Watkins            65-61
Clerk of Court

S/src
BY: Deputy Clerk



FILED
U.S. District Court
Northern District of Iowa

6/1/05    By:      s/src

Copies mailed/faxed to counsel of record, pro se parties
and others listed here: